IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| **THEODORE CONNOR, III d/b/a WAR-CON CONSTRUCTION COMPANY** | **PLAINTIFF** |
| v. | CAUSE No. 1:11-cv-421-LG-RHWR |
| **JOHN E. SHAVERS, INDIVIDUALLY and d/b/a JESCO DISASTER SERVICES and d/b/a JDS DISASTER SERVICES; JESCO CONSTRUCTION CORPORATION (A MISSISSIPPI CORP.); JESCO CONSTRUCTION CORPORATION (A LOUISIANA CORP.); JESCO CONSTRUCTION CORPORATION (A DELAWARE CORP.); J5 GLOBAL, LLC; J.D.S., LLC and JOHN DOES 1-5** | **DEFENDANTS** |

## AMENDED ORDER AND JUDGMENT

**THIS MATTER** having come before the Court on Plaintiff's [113] Motion for Default and for Breach of Settlement Agreement and to Enroll Judgment, and Defendants having failed to respond or object to said motion, and JESCO CONSTRUCTION CORPORATION (A Delaware Corp.) having been [115] dismissed from this action in a Partial Cancellation of Judgment as to such Defendant only following the administration of the bankruptcy of JESCO CONSTRUCTION CORPORATION (A Delaware Corp.), and the Court finding that Plaintiff's motion is well-taken and Defendants are in default of the terms of the [105] Agreed Judgment entered by this court on September 23, 2014, and accompanying [106] Order entered October 29, 2014,

**IT IS THEREFORE ORDERED AND ADJUDGED** that Judgment against all Defendants, other than JESCO CONSTRUCTION CORPORATION (A Delaware Corp.), shall be hereby awarded and entered in the full amount of $2,376,888.44, plus interest at a rate of 8% per annum from September 15, 2014, until paid together with all cost incurred herein; and

**IT IS FURTHER ORDERED AND ADJUDGED** that this Order and Judgment shall be a final judgment and that Plaintiff may now seek to enroll this judgment and execute upon it in accordance with the laws of the United States of America and the State of Mississippi.

**SO ORDERED AND ADJUDGED** this the 14th day of December, 2023.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE

Submitted by:
R. Scott Wells; MSBN 9456
Rushing & Guice, P.L.L.C.
P.O. Box 1925
Biloxi, MS 39533
(T) 228-374-2313
(F) 228-875-5987
swells@rushingguice.com

and

Doug Montague
Montague, Pittman & Varnado, P.A.
525 North Main Street
Hattiesburg, MS  39401
(T) 601-544-1234
(F) 601-402-7968
dmontague@mpvlaw.com